𝕴𝖚𝖘𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕭𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙

1716 Spielbusch Avenue

Toledo, Ohio 43604-7300

Jack Zouhary
Judge

Phone (419) 213-5675

August 9, 2007

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the U.S.
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 AUG 10 A 11: 48
FINANCIAL DISCLOSURE OFFICE

Calendar Year 2006 Filing

Dear Judge Smith:

    This letter is in response to your letter of July 5, 2007, copy enclosed. I am providing the required information by this letter which I understand will be considered an amendment to my earlier filed Report.

    1.    The items identified in Paragraph 1 were inadvertently omitted from my prior (initial) report.

    2.    • For Item 86, page 6, Charter One: D(3) is L.
          • For Item 90, page 6, National Financial: D(3) is J.
          • For Item 93, page 6, Charter One: D(3) is L.
          • For Item 129, page 8, Victory Gradison: D(3) is K.
          • For Item 198, page 12, GSMAX: D(3) is J.
          • For Item 199, page 12, NEFZX: D(3) is J.
          • For Item 200, page 12, Campbell: D(3) is L.
          • For Item 201, page 12, TEI: D(3) is K.

    3.    • For Item 105, page 7, Hartford Life: B(1) is C; B(2) is INT.
          • For Item 187, page 11, Sears: B(1) is A and B(2) is INT.
          • For Item 194, page 12, Wells Fargo: B(2) is NONE.
          • For Item 195, page 12, Wyeth: B(2) is NONE.

    4.    Item 109, page 7, lists "Bond Fund of America." This is the specific name of the fund. The symbol "BFAFX" was also provided. This fund is included in the McDonald account as noted in Item 108 and the explanation in VIII: "Thomas McDonald Partners IRA (Line 108)" is itemized on Items 109-115.

5.      For Item 129, page 8, Victory Gradison: D(2) is 10/26.

6.      Item 156, page 10, identifies the Merrill Lynch Fund which is how it appears on our statement.  It is also noted as a "CMA Tax Exempt Fund" or a money market.

I trust these supplemental explanations are satisfactory.

Very truly yours,



Jack Zouhary
U.S. District Court Judge

JZ:nls
Enclosure

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br>Zouhary, Jack | 2. Court or Organization<br>District Court<br>Northern District of Ohio | 3. Date of Report<br>May 9, 2007 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>Active | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>1/1/06 - 12/31/06 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| **X** **NONE** (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** **NONE** (No reportable agreements.) | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 2006 | Lucas County Common Pleas Judge | $ 38,212 |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 2006 | St. Luke's Hospital - Salary |
| | |

RECEIVED 2007 MAY 16 A 11:32 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jack Zouhary | May 9, 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | St. Elias Mens Group | Judicial Robe | $ 421 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  DTE Energy | A | DIV | J | T | | | | | |
| 2  TXU Corp | B | DIV | L | T | | | | | |
| 3  Fiserve, nka Fifth Third | A | DIV | K | T | | | | | |
| 4  Bank of New York | C | DIV | J | T | | | | | |
| 5  Five M Trust | E | DIV | O | T | | | | | |
| 6     - Boeing * | | | | | | | | | |
| 7     - DCT Industrial Trust * | | | | | | | | | |
| 8     - Deere & Co. * | | | | | | | | | |
| 9     - DPL * | | | | | | | | | |
| 10    - General Electric* | | | | | | | | | |
| 11    - Intel * | | | | | | | | | |
| 12    - I Shares TR Russell Mid Cap Value * | | | | | | | | | |
| 13    - Motorola * | | | | | | | | | |
| 14    - Pepsico * | | | | | | | | | |
| 15    - Pennsylvania Mutual Fund | | | | | | | | | |
| 16    - Thornburg Intl / Value Fund | | | | | | | | | |
| 17    - US Bancorp Delaware New * | | | | | | | | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | (See Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | | |

## VII.  Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| - Yum Brands * | | | | | | | | | |
| - Avaya * | | | | | | | | | |
| -Schafer Cullen Managed Equity Account | | | | | | | | | |
| - Abbott Labs * | | | | | | | | | |
| - All Tel * | | | | | | | | | |
| - AT&T * | | | | | | | | | |
| - Atmos Energy * | | | | | | | | | |
| - Axcelis Technologies * | | | | | | | | | |
| - BP PLC * | | | | | | | | | |
| - Cardinal Health, Inc. Ohio * | | | | | | | | | |
| - Coca Cola * | | | | | | | | | |
| - Eaton * | | | | | | | | | |
| - Embarq * | | | | | | | | | |
| - HSBC Holding * | | | | | | | | | |
| - JP Morgan Chase * | | | | | | | | | |
| - Key Corp * | | | | | | | | | |
| - Manor Care * | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 - Merck & Co. * | | | | | | | | | |
| 36 - National City * | | | | | | | | | |
| 37 - Royal Dutch Shell * | | | | | | | | | |
| 38 - Bristol-Myers Squibb * | | | | | | | | | |
| 39 - Conoco Philips * | | | | | | | | | |
| 40 - CBS * | | | | | | | | | |
| 41 - Colgate Palmolive * | | | | | | | | | |
| 42 - Conagra Foods * | | | | | | | | | |
| 43 - Du Pont E I DeNemours * | | | | | | | | | |
| 44 - Health Care Ppty Inv. * | | | | | | | | | |
| 45 - Olin * | | | | | | | | | |
| 46 - Oracle * | | | | | | | | | |
| 47 - Walgreen * | | | | | | | | | |
| 48 - Whole Foods * | | | | | | | | | |
| 49 - Tradewinds NWQ Intl Value (Fund) | | | | | | | | | |
| 50 - Gabelli Equity Trust (Fund) | | | | | | | | | |
| 51 - Renaissancere Holdings (Fund) | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset, exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| - Cohen & Steers Intl (Fund) | | | | | | | | | |
| - Blackrock National (Fund) | | | | | | | | | |
| - Nuveen Ohio Municipal (Fund) | | | | | | | | | |
| - Federal Home Loan (Govt Bond) | | | | | | | | | |
| - Federal National Mortgage (Bond) | | | | | | | | | |
| - GMAC (Bond) | | | | | | | | | |
| - Federal National Mortgage (Preferred Stock) | | | | | | | | | |
| - Royal Bank of Scot GRP (Preferred Stock) | | | | | | | | | |
| - Comcast * | | | | | | | | | |
| - Idearc * | | | | | | | | | |
| - Nash Finch * | | | | | | | | | |
| - Sprint Nextel * | | | | | | | | | |
| - Stryker * | | | | | | | | | |
| - Windstream * | | | | | | | | | |
| - Wisconsin Energy * | | | | | | | | | |
| - 3 M * | | | | | | | | | |
| - Eaton Vance Ohio Muni (Fund) | | | | | | | | | |

1. Income/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 - Eaton Vance Tax (Fund) | | | | | | | | | |
| 70 - Amgen * | | | | | | | | | |
| 71 - Johnson & Johnson * | | | | | | | | | |
| 72 - Kohl's * | | | | | | | | | |
| 73 - Microsoft * | | | | | | | | | |
| 74 - Agere System * | | | | | | | | | |
| 75 - American Electric Power * | | | | | | | | | |
| 76 - Anheuser Busch * | | | | | | | | | |
| 77 - Bob Evans Farms * | | | | | | | | | |
| 78 - Citigroup * | | | | | | | | | |
| 79 - Pfizer * | | | | | | | | | |
| 80 - St. Paul Travelers * | | | | | | | | | |
| 81 - Teco Energy * | | | | | | | | | |
| 82 - Verizon Communications * | | | | | | | | | |
| 83 - William Wrigley, Jr. * | | | | | | | | | |
| 84 - Alcatel Lucent * | | | | | | | | | |
| 85 Five M Trust | E | RENT | N | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 86  Charter One (Accounts) | D | INT | | | Closed | 12/06 | | | |
| 87  Capital One (Accounts) | B | INT | L | T | | | | | |
| 88  Fifth Third (Accounts) | E | INT | N | T | | | | | |
| 89  Corus Bank (Accounts) | C | INT | L | T | | | | | |
| 90  National Financial (Bond) | A | INT | | | Redeemed | 07/16 | | | |
| 91  Five M Trust | E | INT | O | T | | | | | |
| 92  - Capital One (Accounts) | | | | | | | | | |
| 93  - Charter One Bank (Accounts) | | | | | Closed | 12/06 | | | |
| 94  - Corus Bank (Accounts) | | | | | | | | | |
| 95  - Countrywide Bank (Accounts) | | | | | | | | | |
| 96  - Fifth Third Bank (Accounts) | | | | | | | | | |
| 97  - Merrill Lynch (Accounts) | | | | | | | | | |
| 98  - Key Bank (Accounts) | | | | | | | | | |
| 99  - McDonald Investments (Accounts) | | | | | | | | | |
| 100  - Various Tax-Exempt Bonds | | | | | | | | | |
| 101  - Ross Sinclaire (Accounts) | | | | | | | | | |
| 102  Key Bank (Accounts) | B | INT | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 103 Rurban Financial | A | DIV | J | T | | | | | |
| 104 Fifth Third IRA (Accounts) | A | INT | K | T | | | | | |
| 105 Hartford Life (Insurance) | | | | | Transfer | 05/31 | | | |
| 106 Manu Life Annuity nka John Hancock Venture | D | DIV | M | T | | | | | |
| 107 Reliastar Whole Life (Insurance) | A | INT | J | T | | | | | |
| 108 ABA Retirement 401(k), nka Thomas McDonald Partners IRA | D | DIV | N | T | Rollover | 11/21 | | | |
| 109 - Bond Fund of America (BFAFX) | | | | | | | | | |
| 110 - Calamos (CVTEX) | | | | | | | | | |
| 111 - Gateway (GATEX) | | | | | | | | | |
| 112 - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 113 - Oppenheimer International (OIBAX) | | | | | | | | | |
| 114 - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 115 - Money Market Fund | | | | | | | | | |
| 116 Nationwide Retirement 403(B) | E | DIV | N | T | | | | | |
| 117 - Am Century VP Value (Fund) | | | | | | | | | |
| 118 - Dreyfus Small Capital Stock (Fund) | | | | | | | | | |
| 119 - Dreyfus Stock Index (Fund) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack Zouhary | May 9, 2007 |

## VII. Page 8  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 120  - Fidelity VIP2 Contra (Fund) | | | | | | | | | |
| 121  - Gartmore GVIT International Index (Fund) | | | | | | | | | |
| 122  - Gartmore MdCap Index (Fund) | | | | | | | | | |
| 123  - Gartmore USGRTHLDERS (Fund) | | | | | | | | | |
| 124  - Oppenheimer Global (Fund) | | | | | | | | | |
| 125  - Fixed Account | | | | | | | | | |
| 126  - Franklin Temp VIPT FR (Fund) | | | | | | | | | |
| 127  - Gartmore Emerging Market (Fund) | | | | | | | | | |
| 128  US Savings Bonds | B | INT | K | T | | | | | |
| 129  Victory Gradison Government Reserves | A | INT | | | Closed | | | | |
| 130  Michigan State Strategic Fund | B | INT | J | T | Matured | 02/01 | J | A | |
| 131  Hawaii Zero Coupon General Obligation (Bond) | | NONE | J | T | Matured | 12/01 | J | A | |
| 132  Ohio State Building Authority Revenue (Bond) | A | INT | J | T | Matured | 04/01 | J | None | |
| 133  Cuyahoga County Ohio Hospital (Bond) | A | INT | J | T | | | | | |
| 134  Hamilton County Ohio Hospital (Bond) | A | INT | J | T | | | | | |
| 135  Washington County Ohio Health (Bond) | A | INT | J | T | | | | | |
| 136  Toledo Lucas County Port Authority (Bond) | B | INT | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 137 Federal National Mortgage Association (Bond) | A | INT | J | T | | | | | | |
| 138 Citigroup (C) | B | DIV | K | T | | | | | | |
| 139 Coca Cola Enterprises (CCE) | A | DIV | J | T | | | | | | |
| 140 Walt Disney Company (DIS) | A | DIV | J | T | | | | | | |
| 141 FFD Financial (FFDF) | A | DIV | J | T | | | | | | |
| 142 Fifth Third Bancorp Ohio (FITB) | A | DIV | J | T | | | | | | |
| 143 Freescale Semiconductor Class B (FSL B) | | NONE | J | T | Merger | 12/01 | J | B | | |
| 144 Gliatech (GLIAQ) | | NONE | J | T | | | | | | |
| 145 Motorola (MOT) | A | DIV | J | T | | | | | | |
| 146 Occidental Petroleum (OXY) | A | DIV | K | T | | | | | | |
| 147 Piper Jaffray Companies (PJC) | | NONE | J | T | | | | | | |
| 148 RPM International (RPM) | A | DIV | J | T | | | | | | |
| 149 Summa Industries (SUMX) | A | DIV | J | T | Sold | 11/01 | J | A | | |
| 150 Thornburg Mortgage (TMA) | C | DIV | J | T | | | | | | |
| 151 Tower Financial (TOFC) | | NONE | J | T | | | | | | |
| 152 US Bancorp (USB) | A | DIV | J | T | | | | | | |
| 153 Unizan Financial (UNIZ) nka Huntington | A | DIV | J | T | | | | | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | (See Col. B1, D4) | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 154  Wyeth (WYE) | A | DIV | K | T | | | | | |
| 155  Orbital (OBTEF) | | NONE | J | T | | | | | |
| 156  Merrill Lynch Fund | B | INT | L | T | | | | | |
| 157  Sylvania Ohio City School (Bond) | B | INT | K | T | | | | | |
| 158  Hancock County Ohio Hospital (Bond) | | NONE | L | T | | | | | |
| 159  Allied Capital (ALD) | B | DIV | K | T | | | | | |
| 160  Amgen (AMGN) | | NONE | J | T | | | | | |
| 161  Applied Material (AMAT) | A | DIV | J | T | | | | | |
| 162  Ares Capital (ARCC) | B | DIV | K | T | | | | | |
| 163  AT&T (SBC) | A | DIV | K | T | | | | | |
| 164  Boston Scientific (BSX) | | NONE | J | T | Sold | 12/01 | J | None | |
| 165  Bristol-Myers Squibb (BMY) | A | DIV | J | T | | | | | |
| 166  Coca Cola (KO) | A | DIV | J | T | | | | | |
| 167  Conagra Foods (CAG) | A | DIV | J | T | | | | | |
| 168  Eli Lilly (LLY) | B | DIV | K | T | | | | | |
| 169  Intel (INTL) | A | DIV | J | T | | | | | |
| 170  KeyCorp (KEY) | B | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g. div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 171  Kohls (KSS) | | NONE | J | T | Sold | 8/01 | J | C | |
| 172  Manor Care (HCR) | A | DIV | J | T | | | | | |
| 173  Marathon Oil (MRO) | A | DIV | J | T | | | | | |
| 174  ML& Co Mitts Russell (RPM) | | NONE | K | T | | | | | |
| 175  ML&Co Mitts S&P (MTSM) | | NONE | K | T | | | | | |
| 176  Sony (SNE) | A | DIV | K | T | | | | | |
| 177  Verizon Communications (VZ) | A | DIV | J | T | | | | | |
| 178  Viacom  (VIA) | A | DIV | J | T | Sold | 12/01 | J | None | |
| 179  Zimmer Holdings (ZMH) | | NONE | J | T | | | | | |
| 180  Goldman Sachs Fund (GHYAX) | B | INT | J | T | | | | | |
| 181  Muni Intermediate Fund (MUI) | C | INT | L | T | | | | | |
| 182  Muniholdings Fund (MHD) | C | INT | L | T | | | | | |
| 183  Nuveen Fund (NZF) | A | INT | K | T | | | | | |
| 184  Diversified Credit Oppty Fund | | NONE | L | T | | | | | |
| 185  Merrill Lynch Private Investors Portfolio (MLIM) | E | INT/DIV | P1 | T | | | | | |
| 186  Merrill Lynch Bank USA (Bond) | B | INT | K | T | | | | | |
| 187  Sears Roebuck (Bond) | | | J | T | Redeemed | 02/15 | D | None | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000  P4=More than $50,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 188 General Motors (Bonds) | A | INT | J | T | | | | | |
| 189 First Citizens (FCZA) | A | DIV | K | T | | | | | |
| 190 Ishares S&P Global (100) (Fund) | A | DIV | J | T | | | | | |
| 191 Merrill Lynch (MER) | A | DIV | K | T | | | | | |
| 192 Microsoft (MSFT) | B | DIV | L | T | | | | | |
| 193 Orbital Sciences (ORB) | | NONE | K | T | | | | | |
| 194 Wells Fargo (WFC) | | | J | T | Transfer to MLIM | 07/31 | | | |
| 195 Wyeth (WYE) | | | J | T | Transfer to MLIM | 07/31 | | | |
| 196 CBS (CBSA) | A | DIV | J | T | Spinoff | | | | |
| 197 I Pearl (IAR) | A | DIV | J | T | Spinoff | | | | |
| 198 Goldman Sachs (GSMAX) | | NONE | J | T | Buy | 03/16 | | | |
| 199 Loomis Sayles (NEFZX) | A | INT | J | T | Buy | 12/15 | | | |
| 200 Campbell Strategic | | NONE | L | T | Buy | 03/30 | | | |
| 201 Templeton Fund (TEI) | | NONE | K | T | Buy | 12/13 | | | |
| 202 FFD (FFDF) | A | DIV | J | T | | | | | |
| 203 Merck (MRK) | A | DIV | J | T | | | | | |
| 204 Marathon (MRO) | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **NONE**   (No reportable income, assets, or transactions) | | | | | | | | | |
| 205    Sky (SKYF) | A | DIV | J | T | | | | | |
| 206    Fed Home Loan (Govt Bond) | A | INT | J | T | | | | | |
| 207    Dublin School (Bond) | B | INT | K | T | | | | | |
| 208    Ohio Water Dev (Bond) | A | INT | J | T | | | | | |
| 209    Ohio Public Fac (Bond) | B | INT | K | T | | | | | |
| 210    Cleveland City (Bond) | B | INT | K | T | | | | | |
| 211    Anthony Wayne School (Bond) | A | INT | J | T | | | | | |
| 212    Lake Hospital (Bond) | A | INT | K | T | | | | | |
| 213    Lakewood City (Bond) | B | INT | K | T | | | | | |
| 214    Fed Nat'l Mtg (Govt Bond) | C | DIV | L | T | | | | | |
| 215    Renaissancere (Fund) | | NONE | K | T | | | | | |
| 216    Cedar Fair (FUN) | A | DIV | J | T | | | | | |
| 217    Fifth Third (FITB) | B | DIV | L | T | | | | | |
| 218    Royal Dutch Shell (RDSA) | A | DIV | K | T | | | | | |
| 219    Clough Global (GLO) | B | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack Zouhary | May 9, 2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Names with asterisks are common stock.

Five M Trust (Lines 5, 85 and 91) is an Aggregate Ownership Arrangement in which ▮▮▮▮ is a one-fifth beneficiary.  Assets are itemized.

Manu life Annuity / John Hancock Venture (Line 106) was mistakenly double reported last year.

Thomas McDonald Partners IRA (Line 108) and Nationwide Retirement (Line 116) are ▮▮▮▮ retirements, again itemized.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    Date:  May 9, 2007

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544